# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:14-cv-01187-LJO-SKO (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G) AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(Doc. 1) |

Plaintiff Robey Kurt Hairston, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 24, 2014. Plaintiff failed to pay the $400.00 filing fee, and although Plaintiff did not file an in forma pauperis application with his complaint, he is ineligible to proceed in forma pauperis for the reasons that follow.

28 U.S.C. 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." On more than

three occasions, Plaintiff brought actions which were dismissed for failure to state a claim, as frivolous, and/or as malicious, which subjects him to section 1915(g).[1]

The Court reviewed Plaintiff's complaint and finds that his allegations do not satisfy the imminent danger exception to section 1915(g).  *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate his claims.

Accordingly, the Court HEREBY ORDERS as follows:

1. This action is DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee; and

2. The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

Dated:   **July 31, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of the following United States District Court cases: *Hairston v. Hudson*, 5:10-cv-00750-UA-MLG (C.D.Cal.) (dismissed May 28, 2010); *Hairston v. Oliver*, 5:10-cv-00775-UA-MLG (C.D.Cal.) (dismissed June 8, 2010); *Hairston v. CCI/CDC*, 5:10-cv-00865-UA-MLG (C.D.Cal.) (June 23, 2010); *Hairston v. Bozanigh*, 8:10-cv-01630-UA-MLG (C.D.Cal.) (dismissed November 4, 2010); *Hairston v. Bozanigh*, 8:10-cv-01652-UA-MLG (C.D.Cal.) (dismissed November 4, 2010); *Hairston v. California Lottery*, 2:10-cv-07851-UA-MLG (C.D.Cal.) (dismissed December 15, 2010); and *Hairston v. Richardson*, 2:10-cv-07853-UA-MLG (C.D.Cal.) (dismissed December 15, 2010).  These strikes were final prior to the date Plaintiff filed this action.  *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-1100 (9th Cir. 2011).